UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Branson A. L.,

    Plaintiff,

v.

Kilolo Kijakazi,
Acting Commissioner of Social Security,

    Defendant.

No. 23-cv-0015 (MJD/DLM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated November 7, 2023. No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a *de novo* review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated November 7, 2023.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated November 7, 2023 [Doc. 15];

2. Plaintiff's Motion for Summary Judgment [Doc. 9] is **GRANTED IN PART** and **DENIED IN PART**;

3. Defendant's Motion for Summary Judgment [Doc. 13] is **GRANTED IN PART** and **DENIED IN PART**; and

4. The matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with the Report and Recommendation [Doc. 15].

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 5, 2024                         s/Michael J. Davis
                                                MICHAEL J. DAVIS
                                                United States District Court